# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LEONARDO J. MOJICA CARRION, | : | No. 115 MM 2021 |
| Petitioner | : | |
| v. | : | |
| JUDGE STEPHEN B. LIEBERMAN, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2021, the Application for Leave to File Original Process and the "Application for Leave of Court to File Reply" are GRANTED. The "Petition for Writ of Mandamus and/or Other Extraordinary Relief" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.